IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY L. STEWART
ADC # 123267                                                                                          PLAINTIFF

v.                          Case No. 4:11-cv-463-DPM-HDY

BOBBY BROWN, BRYANT,
ANDREWS, and RANDALL                                                                           DEFENDANTS

## ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 8*, and Timothy Stewart's objections, *Document No. 14-1*. Having conducted a *de novo* review, the Court adopts Judge Young's proposal as its own. Stewart may proceed with his related claims about inadequate medical care and denial of prescription medication. His remaining claims are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 August 2011